IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DOROTHY McCURDY,           )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>AUBURN UNIVERSITY,          )<br>et al.,                     )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>  3:14cv226-MHT<br>       (WO) |

### JUDGMENT

Because, pursuant to the brief (doc. no. 35) filed by plaintiff Dorothy McCurdy in response to the pending motion to dismiss, there are no claims remaining against defendant Tommy Waldrop, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Tommy Waldrop is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 30th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE