IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY McCURDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:14cv226-MHT |
| | ) | (WO) |
| AUBURN UNIVERSITY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The defendants object to plaintiff Dorothy McCurdy's second amended complaint, arguing that it is futile because it fails to state a plausible claim for relief.  For the reasons discussed in the accompanying opinion on the motion to dismiss, the objection (doc. no. 32) is overruled.

DONE, this the 4th day of May, 2015.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**